EdiZONE, LLC
Casey K. McGarvey (4882)
123 East 200 North
Alpine, Utah 84004
(801) 936-1039
casey@edizone.com

Attorney for Plaintiff,
EdiZONE, LLC



FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 11 2011

BY D. MARK JONES, CLERK
_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HOMEDICS, INC., et al.,<br><br>Defendants. | **STIPULATED ORDER REGARDING EXTENSION OF TIME FOR HOMEDICS, INC. TO RESPOND TO EDIZONE, LLC'S COMPLAINT AND JURY DEMAND**<br><br>Case No.: 2:10-cv-00908-DB<br><br>Judge Dee Benson |

Based on the Stipulated Motion of Plaintiff, EdiZONE, LLC ("EdiZONE"), and Defendant HoMedics, Inc. ("HoMedics"), and good cause appearing, HoMedics' response to EdiZONE's Complaint shall be due on or before April 11, 2011.

DATED this 11 day of March, 2011.

By the Court

_Dee Benson_
Hon. Dee Benson